DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TERESA J. PATTERSON & DAVID D. WALTER,

Appellants,

v.

KATHLEEN A. BURK,

Appellee.

No. 2D2025-0899
————————————————

December 5, 2025

Appeal from the Circuit Court for Sarasota County; Erika Nikla Quartermaine, Judge.

Prof. David D. Walter and Teresa J. Patterson, pro se.

Kathleen A. Burk, pro se.


PER CURIAM.

 Affirmed.

LUCAS, C.J., and KELLY, and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.